MARY FISHER, Impleaded, etc., Respondent, *v.* THE NIAGARA FIRE INSURANCE COMPANY, Appellant.

(Argued October 7, 1891; decided October 27, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made November 26, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*F. L. Westbrook* for appellant.

*D. M. De Witt* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.